# Morgan Lewis

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

November 26, 2019

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: November 26, 2019

**Via ECF**

The Honorable Edgardo Ramos
United States District Court
 For the Southern District of New York
40 Foley Square, Room 619
New York, NY 10007

Re: *Tucker v. Express, Inc.*, **No. 1:19-cv-09840-ER**
**Request to Extend Defendant's Time to Respond to Complaint**

Dear Judge Ramos:

We represent defendant Express, Inc. ("Defendant") in the above-referenced action. Pursuant to Rules 1(A) and 1(E) of Your Honor's Individual Practices, we write with the consent of counsel for plaintiff Henry Tucker ("Plaintiff"), respectfully to request that the Court extend Defendant's time to respond to the Complaint from November 29, 2019 to December 30, 2019. This is Defendant's first request for an extension of time to file a response to the Complaint.

In support of this request, counsel for Defendant states that it recently has been engaged in this matter and needs time to become familiar with the relevant facts and allegations. As noted above, Plaintiff's counsel consents to this request. If granted, this extension will not affect any other date scheduled in this action.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

/s/ *Michael F. Fleming*

Michael F. Fleming

*Attorney for Defendant*

cc: All Counsel of Record (via ECF)

The application is  X   granted
                   ____ denied

_____
Edgardo Ramos, U.S.D.J
Dated: November 26, 2019
New York, New York

Morgan, Lewis & Bockius LLP

101 Park Avenue
New York, NY 10178-0060          +1.212.309.6000
United States                    +1.212.309.6001